**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

CHRISTOPHER JOSEPH DOBBINS, on behalf of himself and all others similarly situated,

Plaintiff,

v.

ZILLOW INC.,

Defendant.

Case No.: 2:26-cv-04341-JHC

**STIPULATED MOTION & ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT**

**NOTE ON MOTION CALENDAR: November 19, 2026**

COMES NOW the above-captioned Parties jointly, by and through their undersigned counsel, and respectfully move the Court to grant the Parties' stipulated extension of time for Defendant to respond to Plaintiff's Complaint.

The above-captioned action was initially filed before the United States District Court for the Eastern District of Virginia in Richmond. *See* Dkt. 1. On November 9, 2026, this action was transferred to the United States District Court for the Western District of Washington at Seattle. Dkt. 28. Both Parties have retained local counsel and met and conferred regarding this matter. Pursuant to the Parties' meet and confer discussions, the Parties jointly agree and stipulate that good cause exists to extend the deadline for Defendant to respond to the Complaint, up to and including January 8, 2027.

Based on the foregoing, the Parties respectfully request that the Court extend the deadline for Defendant to answer, move or otherwise respond to Plaintiff's Complaint to January 8, 2027.

CONSUMER LITIGATION ASSOCIATES, P.C.

*/s/ Leonard A. Bennett*
Leonard A. Bennett, Pro Hac Vice Pending
Craig C. Marchiando, Pro Hac Vice Pending
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, Virginia 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
lenbennett@clalegal.com
craig@clalegal.com

*Attorneys for Plaintiff*
*Christopher Joseph Dobbins*

BUCHANAN INGERSOLL & ROONEY PC

*/s/ Samantha L. Southall*
Samantha L. Southall, Pro Hac Vice Pending
Christopher Dalton, Pro Hac Vice Pending
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, Philadelphia 19102
Telephone: (215) 665-8700
Facsimile: (215) 665-8760
samantha.southall@bipc.com
christopher.dalton@bipc.com

*Attorneys for Defendant Zillow Inc.*

TERRELL MARSHALL LAW GROUP PLLC

*/s/ Beth E. Terrell*
Beth E. Terrell, WSBA No. 26759
Jennifer Rust Murray, WSBA No. 36983
Blythe H. Chandler, WSBA No. 43387
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
Telephone: (206) 816-6603
Facsimile: (206) 319-5450
bterrell@terrellmarshall.com
jmurray@terrellmarshall.com
bchandler@terrellmarshall.com

*Attorneys for Plaintiff*
*Christopher Joseph Dobbins*

MURPHY PEARSON BRADLEY
& FEENEY, PLLC

Nicholas C. Larson, WSBA No. 46034
Miguel Mendez-Pintado, WSBA No. 61404
520 Pike Street, Suite 1205
Seattle, Washington 98101
Telephone: (206) 219-2008
Facsimile: (206) 489-5101
nlarson@mpbf.com
miguelmendezpintado@mpbf.com

*Attorneys for Defendant Zillow Inc.*

**ORDER**

THIS MATTER having come before the Court on the Parties' Stipulated Motion to Extend Defendant's Time to Respond to the Complaint (the "Stipulated Motion") and the Court having reviewed the Stipulated Motion and file herein, and finding good cause therein, IT IS HEREBY ORDERED that the Stipulated Motion is GRANTED.

The deadline for Defendant Zillow Inc. to answer, move or otherwise respond to Plaintiff's Complaint shall be extended up to and including January 8, 2027.

IT IS SO ORDERED

Dated this 20th day of November, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE